IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GUILLERMO FERNANDEZ** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | **NO. 04-5192** |
| | : | |
| **JO ANNE B. BARNHART** | : | |
| **Commissioner SOCIAL SECURITY** | : | |
| **ADMINISTRATION** | : | |
| | : | |

**O R D E R**

**AND NOW**, this 10th day of June, 2005, upon consideration of the parties' Cross-Motions for Summary Judgment, and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport dated May 13, 2005, no objections having been filed, **IT IS ORDERED** as follows:

    1.   The Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport dated May 13, 2005, is **APPROVED** and **ADOPTED**;

    2.   That part of plaintiff's Motion for Summary Judgment which seeks a remand to the Commissioner of Social Security is **GRANTED**.  Plaintiff's Motion for Summary Judgment is **DENIED** in all other respects;

    3.   Defendant's Motion for Summary Judgment is **DENIED**; and,

    4.   The final decision of the Commissioner of Social Security which denied disability benefits to the plaintiff is **REVERSED** and the case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g)

for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport dated May 13, 2005.

                        **BY THE COURT:**

                          /s/ **Honorable Jan E. DuBois**
                              **JAN E. DUBOIS, J.**